## HARMON v. McCORMACK.

No. 3210.    Opinion Filed October 14, 1913.

Rehearing Denied May 5, 1914.

(135 Pac. 1052.)

**APPEAL AND ERROR** — Case-Made — Authentication.    A case-made signed by the trial judge but not attested by the clerk of the court, and the seal of the court not being attached thereto and not having been filed with the papers in the case, is not sufficiently authenticated as prescribed by section 5242, Rev. Laws 1910, and is insufficient to bring up the judgment of the trial court for review, and the appeal will be dismissed.

(Syllabus by Galbraith, C.)

*Error from County Court, Tulsa County;*
*N. J. Gubser, Judge.*

Action by Mrs. D. McCormack against George D. Harmon. Judgment for plaintiff, and defendant brings error. Dismissed.

*Philip Kates* and *T. L. Bouscaren,* for plaintiff in error.

*R. E. Berger,* for defendant in error.

Opinion by GALBRAITH, C. The plaintiff in error appeals from the judgment of the county court of Tulsa county by petition in error and case-made. It appears, however, that nothing is presented for review by the record in this case, for the reason that the case-made is not authenticated as required by statute (section 5242, Rev. Laws 1910). The case-made appears to have been signed by the trial judge on October 7, 1911, but it was not attested by the clerk, and the seal of the court was not attached thereto, nor was it filed with the papers in the case.

It follows that the appeal must be dismissed on authority of *Stallard v. Knapp,* 9 Okla. 591, 60 Pac. 234; *Marple v. Farmers' & Merchants' National Bank,* 28 Okla. 810, 115 Pac. 1124; *Brook et al. v. United Mine Workers of America,* 36 Okla. 106, 128 Pac. 236.

By the Court: It is so ordered.